# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA GARCIA VELASQUEZ,<br><br>Defendant. | Case No. 1:16-cr-00160-SAB<br><br>ORDER DENYING STIPULATION TO CONTINUE DEFENDANT'S PROBATION REVIEW HEARING<br><br>(ECF No. 12, 13) |

A probation review hearing is set in this matter for March 1, 2018, at 10:00 a.m. in Courtroom 9. On February 28, 2018, at approximately 3:15 p.m. a stipulation to continue the probation review hearing was filed by Defendant.

Such last minute requests demonstrate a lack of diligence and are looked upon with disfavor by the Court. While the Court recognizes that emergency situations occur, the status report in this matter was due fourteen days prior to the hearing and was not filed. The parties then waited until mid-afternoon on the day before the hearing to file the request to continue the hearing. The Court does not find good cause to continue the hearing.

Accordingly, the stipulation to continue Defendant Carolina Garcia Velasquez' probation review hearing is denied and the parties shall appear at the date and time set for the hearing.

IT IS SO ORDERED.

Dated: **February 28, 2018**

UNITED STATES MAGISTRATE JUDGE

1