IN THE UNITED STATES DISTRICT COURT
                              For The
                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00160-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| CAROLINA GARCIA VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 U.S.C. Section 1028(a)(6)

**Sentence Date:** February 2, 2017

**Review Hearing Date:** January 17, 2019

**Probation Expires On:** February 2, 2019

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

x **Monetary Fines & Penalties in Total Amount of:** $2,025.00 which Total Amount is made up of a Fine: $ 2,000.00  Special Assessment: $   25.00    Processing Fee: $ 0 Restitution: $ 0

x Payment schedule of $ 100.00 per month by the 15th of each month.

x **Community Service hours Imposed of:** 100

☐ **Other Conditions:**

## *COMPLIANCE:*

x Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

x Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

       If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

x To date, Defendant has paid a total of $ 2,025.00
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                                              Amount:

x To date, Defendant has performed 108.5 hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

**x**  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  Michael G. Tierney, AUSA

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

**x**  that the review hearing set for 1/17/2019 at 10:00 am Choose an item.

  ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

  **x**  be vacated.

**x**  that Defendant's appearance for the review hearing be waived.

DATED:  1/2/2019      /s/ J. Patrick McCarthy
                     J. PATRICK McCARTHY,
                     Attorney for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

**X**  GRANTED.  The Court orders that the Review Hearing be vacated.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **January 4, 2019**

UNITED STATES MAGISTRATE JUDGE